IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS FASULLO, | ) |
|         Plaintiff, | ) |
| vs. | ) CIVIL NO. 06-835-MJR |
| PEOPLE of the UNITED STATES, *et al.*, | ) |
|         Defendants. | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiff, an inmate in the Pinckneyville Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. This case is now before the Court for a preliminary review of the complaint pursuant to 28 U.S.C. § 1915A, which provides:

> (a) **Screening.**– The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.
> (b) **Grounds for Dismissal.**– On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint–
>     (1) is frivolous, malicious, or fails to state a claim on which relief may be granted; or
>     (2) seeks monetary relief from a defendant who is immune from such relief.

28 U.S.C. § 1915A. An action or claim is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Upon careful review of the complaint and any supporting exhibits, the Court finds it appropriate to exercise its authority under § 1915A; this action is legally frivolous and thus subject to summary dismissal.

In this action, Plaintiff sues the Central Intelligence Agency, the Federal Communications

Commission, and all the citizens of the United States for an unspecified amount in damages for various wrongs he believes have been done to him. He claims that the Defendants have failed to protect him from those who want to violate him. Also, "the people of the United States have ordered their females to not like [him]," and he "had to commit crimes that he didn't want to do." He also claims that the FCC has invaded his privacy by broadcasting his personal affairs, including the fact that he is not circumcised.

In *Neitzke v. Williams,* 490 U.S. 319 (1989), the Court noted that a district court has

> the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless. . . . [such as] claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar.

*Id.* at 327-28. Plaintiff's allegations, as detailed above, draw just such a "fantastic or delusional scenario." The Court will not indulge him.

In summary, Plaintiff's complaint does not survive review under § 1915A. Accordingly, this action is **DISMISSED** with prejudice, and all pending motions are **MOOT**. Plaintiff is advised that the dismissal of this action will count as one of his three allotted "strikes" under the provisions of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

**DATED this 26th day of March, 2007.**

                **s/ Michael J. Reagan**
                **MICHAEL J. REAGAN**
                **United States District Judge**