IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOUIS FASULLO,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 06-835-MJR |
| **PEOPLE of the UNITED STATES,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Plaintiff's motion to intervene (Doc. 37), as well as a motion to appoint counsel (Doc. 42). The Court has already dismissed this case (*see* Docs. 35, 36), and this case is now on appeal (*see* Docs. 38-41). Accordingly, these motions, each filed after judgment was entered in this action, are **MOOT**.

**IT IS SO ORDERED.**

**DATED this 11th day of May, 2007.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**